In the Matter of the Probate of the Last Will and Testament of ANN DWYER, Deceased.— Decree reversed, as matter of discretion, without costs; disbursements to all parties filing briefs to be paid from the estate. Attorneys representing appellants and respondents stipulate that Frank A. McNamee, Jr., of Albany, N. Y., be appointed administrator with the will annexed of Ann Dwyer, deceased, upon filing proper security. Matter remitted to Surrogate's Court of Albany county with directions to enter necessary orders, decrees and to issue letters to carry this determination into effect under section 310 of the Surrogate's Court Act. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of CERTAIN CITIZENS, Residents of the Village of Lake George, Warren County, N. Y., for the Removal from Office of the Mayor and Certain Trustees of Said Village.— The issues raised by the petition and the answer herein are referred to Hon. Gilbert D. B. Hasbrouck, official referee, to take the proofs and report the same to this court, together with his opinion thereon, with all convenient speed. Costs and disbursements as in a special proceeding, under section 1492 of the Civil Practice Act, will be fixed and awarded by this court on the coming in of the report. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of SAMUEL SMYTH, JR., for the Removal of GEORGE A. LAIRD and DELBERT A. SAWYER, as Assessors of the Town of Austerlitz, Columbia County, State of New York.—Application denied upon the report of Hon. Gilbert D. B. Hasbrouck, official referee (which report is hereby confirmed), with costs and disbursements as in a special proceeding against the applicant in favor of the respondents, and petition dismissed. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of EUGENE FASCE for Compensation under the Workmen's Compensation Law, Claimant, against AUBURN STATE PRISON, Employer, and STATE INSURANCE FUND, Defendants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See 239 App. Div. 858.]

CAROLINE L. YANNEY and Another, Respondents, v. JOHN H. PEMBER and Others, as Executors, etc., of ELLEN J. L. W. PEMBER, Deceased, Appellants.— Motion denied, without prejudice to a renewal thereof in this court or at Special Term, if so advised, without costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CAROLINE L. YANNEY and Another, Respondents, v. JOHN H. PEMBER and Others, as Executors, etc., of ELLEN J. L. W. PEMBER, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs to the respondents. The decree of the Surrogate's Court of Washington county dated June 18, 1929, in the matter of the final judicial settlement of the accounts of John H. Pember and others, as executors of the last will and testament of Ellen J. L. W. Pember, deceased, is received in evidence, and particularly that portion of such decree which provides: " The following are the legatees and beneficiaries named in said will, above referred to and the amount of the principal trust fund in which they are interested: * * * Ann Elizabeth Lee, amount of legacy $20,000 * * * and it appearing that pursuant thereto the executors have established the several